# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  11-cr-00092-REB-01 |
| BILLY RAY PETTY | USM Number:  04601-089 |
| | LaFonda R. Traore, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Violation of the Law (Second Degree Burglary of a Dwelling) | 08/20/2010 |
| 2 | Excessive Use of Alcohol | 08/05/2011 |

*(See next page for additional violations.)*

　　　　The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

　　　　It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　September 5, 2013
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date of Imposition of Judgment

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**s/ Robert E. Blackburn**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Blackburn, U.S. District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name & Title of Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**September 18, 2013**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

DEFENDANT:  BILLY RAY PETTY
CASE NUMBER:  11-cr-00092-REB-01                                              Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 08/05/2011 |
| 4 | Failure to Follow the Instructions of the Probation Officer | 03/16/2011 |
| 5 | Violation of the Law (Driving While Ability Impaired) | 08/05/2011 |
| 6 | Violation of the Law (Second Degree Burglary of a Building) | 09/22/2011 |
| 7 | Violation of the Law (Felony Menacing-Real/Simulated Weapon) | 10/19/2011 |
| 8 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 06/10/2010 |
| 9 | Failure to Pay Fine as Directed | 12/31/2010 |

DEFENDANT: BILLY RAY PETTY
CASE NUMBER: 11-cr-00092-REB-01 Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty-three (33) months, to run consecutivly to all previously imposed federal and state court sentences, including, but not limited to, the sentences imposed by the District Court, Arapahoe County, Colorado, Case Number 11CR433; District Court, City and County of Denver, Colorado, Case Number 11CR3966; and District Court, Adams County, Colorado, Case Number 11CR2831.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  BILLY RAY PETTY
CASE NUMBER:  11-cr-00092-REB-01                                                                Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $0.00 | $2,000.00 | $0.00 |
| **TOTALS** | **$0.00** | **$2,000.00** | **$0.00** |

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

DEFENDANT: BILLY RAY PETTY
CASE NUMBER: 11-cr-00092-REB-01  Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant shall pay the balance of the fine outstanding.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) fine principal.